FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2022 DEC -7  A 10: 15

CV 4 SD. DIST. 2 8A8

Gary Anthony Carter Jr.
_____
_____

(Enter above full name of plaintiff or plaintiffs)

v.

Effingham County Sheriffs Dept.
Winston Mock; Wellpath
Sergeant Lockett; E.C.S.O
_____

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ____   No ✓

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: _____
      _____

      Defendants: _____
      _____

   2. Court (if federal court, name the district; if state court, name the county):
      _____

   3. Docket number: _____

   4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees?) Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____ No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district): _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes _____ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

_____    _____
_____    _____
_____    _____
_____    _____

II. Place of present confinement: **EFFINGHAM COUNTY SHERIFFS DEPT.**

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes ✓ No ___

C. If your answer to B is yes:

1. What steps did you take? **FILED GRIEVANCES ABOUT THE ISSUES I WILL GO OVER IN COMPLAINT STATMENT. AS THEY RETURNED WITH VERY SHALLOW RESPONCES, I PROCEEDED TO ESCULATED TO NEXT LEVEL TO ONLY HAVE GRIEVANE CLOSED. I APPEALED TO INTERNAL AFFAIRS. EVEN THE SHERIFF HIMSELF.**

2. What was the result? **AFTER PROPER GRIEVANCE STEPS I ATTEMPTED TO HAVE CONTACT WITH INTERNAL AFFAIRS TO WHICH A LT. SECKINGER AND STAFF SERGEANT MORRISON MEET ME IN A VIDEOED CELL. I OBJECTED DUE TO THE FACT THAT THEY WERE NOT IN FACT INTERNAL AFFAIRS.**

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ✓  No ___

If yes, what was the result? I THEN MEET WITH THE LT. SECKINGER. I DISCUSSED MAJOR ISSUES. HE TOOK NOTES AND AGREED ON SOME OF THE ISSUES. NO RESPONSE SINCE. MY WIFE AND MYSELF HAS SINCE TRIED TO CONTACT THE SHERIFF TO NO AVIL.

D. If you did not utilize the prison grievance procedure, explain why not: _____

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: GARY ANTHONY CARTER JR.
   Address: EFFINGHAM COUNTY SHERIFFS OFFICE
   130 WEST 1ST STREET EXT.
   SPRINGFIELD, GA. 31329

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: EFFINGHAM COUNTY SHERIFFS OFFICE
   Position: SHERIFFS DEPARTMENT
   Place of employment: EFFINGHAM COUNTY
   Current address: 130 WEST 1ST STREET EXT.
   SPRINGFIELD, GA. 31329

C. Additional defendants: WINSTON MOCK; MEDICAL; WELLPATH; EFFINGHAM COUNTY SHERIFF'S OFFICE; 130 WEST 1ST ST. EXT., SPRINGFIELD, GA. 31329

SERGEANT LOCKETT; SERGEANT OVER BOOKING; EFFINGHAM COUNTY SHERIFFS OFFICE; 130 WEST 1ST ST. EXT., SPRINGFIELD, GA. 31329

4

IV.   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I would like my claim to show the courts how the Effingham County Sheriffs Office and two people working for the Effingham Sheriffs Office and a company by the name Wellpath, violated my rights. Amendment Eight says I do not or should not be exsposed to a cruel and unusual punishment.

Effingham County Sheriffs Office, Winston Mock and Sergeant Lockett while employed with or through the Sheriffs Office did exspose me to cruel and unusual punishment and I'll explain in the following.

September 22nd and 23rd 2022 in the late hours of the 22nd I was attempting to kill myself. I tried to several times. My wife called 911. We live in the Effingham County area. Her call which I heard was that I had a gun to my head and we need help. Effingham Sheriff Deputies began arriving shortly after I left. This I witnessed from just across the street. They requested my wife, Christina Carter, to leave. I wanted a ambulance to arrive before I made myself and my location known. Only more Deputies came. They proceeded into my home, full armour and fire arms.

5

Continued on legal paper
1 of 4

CONTINUED STATEMENT OF CLAIM: 2 OF 4

SEPTEMBER 26TH 2022

I turned myself in to a Newington, GA., police office. This officer I told I needed help due to the feelings I was having. I mentioned I had my wife telling me I had warrants for my arrest. He took me to where I'm still incarcerated, the Effingham County Sheriff's office.

Deputy Moore took me into booking and with me telling him of the suicidal thoughts he placed me into a rubber cell. There I slept for around 10 hours.

SEPTEMBER 27TH 2022

Sergeant Cockett had Corporal Lasiter began the booking process. I was very distressed. A Judge Goldwire completed my 72 hour hearing with no bond. Corporal Lasiter wanted to complete booking but I began smashing my head from my depression. Officer Walton pushed me into the rubber cell. I began to grow more upset and smashed my head into a floor grate. There was a large area on my head that started bleeding.

I was rushed to medical to where a man named Winston Mock simply whipped my head a placed a bandage on it.

I was sent back to booking and booking was complete. I continued to express my concerns with hurting myself. Within 20 minutes of smashing my head, I was lead to a dorm. Deputy Moore directed me to A205.

There was a inmate by the name of Zach in the room. Within a few minutes of talking with Zach, we where both surprised to find that the deputies had placed me in this cell. The deputies had left a noose in this cell from a inmate hours before trying to hang himself.

At 7:00 PM, Deputies Walton and others

CONTINUED STATMENT OF CLAIM: 3 OF 4
CAME TO DO HEAD COUNT. I WAS VERY DISTRESSED DO TO THE INTIRE SITUATION. DEPUTY WALTON SAW MY DISTRESSED STATE DUE TO BEING LEFT IN CELL A205 WITH NOOSE.

DEPUTY WALTON MADE ME GO WITH HIM TO BOOKING. WHEN I ARRIVED TO BOOKING SERGEANT LOCKETT BECAME VERY UPSET ABOUT WHO ALLOWED ME TO BE COMPLETELY BOOKED IN A TAKEN TO CELL A205 WHERE A NOOSE HAD BEEN LEFT.

SERGEANT LOCKETT HAD DEPUTY WALTON STRIP ME OF ALL CLOTHING AND GIVE ME A SECURITY BLANK. THEN HAD ME PLACED INTO THE RUBBER CELL. I SLEPT THERE UNTIL THE NEXT MORNING.

I MEET WITH A COUNSELOR KATIE ON THE MORNING OF SEPTEMBER 28TH 2022. I WAS VERY UPSET AND EXSPESSED MY FEELINGS OF FEELING VERY UNSAFE HERE AT EFFINGHAM COUNTY SHERIFFS OFFICE.

SHE RECOMMENDED I BE PLACED ON 24 HOUR SUICIDE WATCH FOR THE NEXT 7 DAYS.

I WAS PLACED IN A CELL NAKED AND MADE TO SLEEP ON THE FLOOR WITH A BLANKET.

DURING THAT WEEK A DEPUTY LEWIS (FEMALE) HANDCUFFED ME WHILE NAKED AND TRANSPORTED ME TO A PHONE, TO WHICH I WAS ALLOWED TO MAKE PHONE CALLS TO MY WIFE.

OCTOBER 5TH 2022 10:30 AM
WINSTON MOCK CAME TO MY CELL DOOR AND TOLD ME I WOULD BE TAKEN BACK IN FRONT OF THE COUNSELOR KATIE. HE STATED THAT IF I WANTED MY CLOTHS BACK AND TO BE TREAT NORMAL, THAT I BETTER NOT SAY ANYTHING ABOUT HURTING MYSELF. HE SAID NOT TO MENTION SUICIDE AT ALL OR I WOULD CONTINUE TO HAVE TO SLEEP ON THE FLOOR.

I MEET COUNSELOR KATIE ON A ZOOM MEETING AND BEING MINDFUL OF WHAT I WOULD SAY SHE ALLOWED ME TO BE REMOVED FROM

CONTINUED STATEMENT OF CLAIM: 4 OF 4
SUICIDE WATCH.

WITH ALL THAT I'VE SHARED, I AM SURE THAT THE COURTS WILL SEE HOW THE EFFINGHAM COUNTY SHERIFFS OFFICE REPORTING TO THE CALL FROM MY WIFE ABOUT ME HAVING A GUN TO MY HEAD WITH SUCH DISREGUARD FOR MY LIFE. WITH SERGEANT LOCKETTS PLACEMENT OF ME IN CELL A205 WITH A NOOSE JUST AFTER PHYSICALLY HARMING MYSELF TO WINSTON MOCK OVER MEDICAL GIVING THE OK TO PROCESS. MY HOPE IS THE COURTS SEEING THE GREAT DISREGUARD FOR LIFE.

I WILL BE IN A STATE OF POST TRAMATIC STESS DISORDER FOR MANY YEARS. I KNOW THE DEFENDANTS HAVE FAILED ME. THEY WILL CONTINUE TO OPERATE THIS WAY IF THEY ARE NOT HELD ACCOUNTIBLE.

MY LIFE HAS FOREVER BEEN CHANGED BY THESE ACTIONS.

END OF STATEMENT OF CLAIM

V.    Relief
         State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM SEEKING $1,800,000 FOR THE CRUEL AND UNUSAUL PUNISHMET I RECIEVED FROM SEPTEMBER 26TH UNTIL OCTOBER 5TH BY THE ABOVE STATED DEFENDANTS. THE POST TRAMATIC STRESS DISORDER THAT WILL CONTINUE FOR YEARS TO COME WILL EFFECT MY LIFE.
IT IS MY HOPE THAT THE COURT REVIEW ALL OF THESE FORMS AND ORDER FOR REQUEST FOR ADMISSIONS FROM EFFINGHAM COUNTY SHERIFFS OFFICE, WINSTON MOCK AND SERGEANT LOCKETT. AS WELL AS WRITEN INTERROGATORIES FROM THE DEFENDANTS AND THE FOLLOWING: DEPUTY MOORE; CORPORAL CASITER; DEPUTY WALTON; COUNSELOR KATIE AND DEPUTY LEWIS AS WELL AS PRODUCTION OF DOCUMENTS FROM EFFINGHAM COUNTY SHERIFFS OFFICE FROM SEPTEMBER 26TH 2022 TO OCTOBER 5TH
                            CONTINUED ON LEGAL PAPER   1 OF 2

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __27TH__ day of __NOVEMBER, 2022__.

Prisoner No. __7485__

(Signature of Plaintiff)

6

CONTINUED RELIEF: 2 OF 2

I WILL NEED BOOKING VIDEO FROM SEPTEMBER 26TH, MEDICAL VIDEO SEPTEMBER 26TH, LOGGING REPORT FOR CELL A205 FOR SEPTEMBER 25TH AND 26TH, VIDEO FOR CELL #1 FOR DATES SEPTEMBER 28TH TO OCTOBER 5TH, VIDEO RECORDING OF RUBBER CELL I WAS HELD IN DURING SELF INFLECTED HARM, BOOKING AREA VIDEO FROM OCTOBER 5TH, ALL DEPUTIES REPORTS FROM REPORTING TO THE CALL TO 404 HUMMINGBIRD LANE, SPRINGFIELD GA. 31329 ON OR AROUND 11:50 PM SEPTEMBER 22ND, ALL BODY CAMERA VIDEO WORN BY ANY DEPUTIES THAT REPORTED ON SAME CALL TO 404 HUMMINGBIRD LANE, SPRINGFIELD GA. 31329 SEPTEMBER 22ND 2022 AT OR AROUND 11:50 PM.

　　　　END OF RELIEF







Gary A. Carter Jr.
ECSO
PO Box 1015
Springfield, GA
31329

United States District Court
PO Box 8286
Savannah, GA 31412

RECEIVED
U.S. Marshals Service
Savannah, Georgia